**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6296**

———————

FREDDY L. WAMBACH,

Plaintiff - Appellant,

versus

JAMES B. HUNT; MICHAEL F. EASLEY; SIDNEY S.
EAGLES, JR., Judge; RALPH A. WALKER; DONALD
SMITH,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-00-818-5-H)

———————

Submitted: April 12, 2001          Decided: April 23, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Freddy L. Wambach, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddy Wambach appeals the district court's order denying his "Motion to Amend Complaint for Reconsideration of Plaintiff['s] § 1983, § 1985(2)(3), § 1986 Claims." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wambach v. Hunt, No. CA-00-818-5-H (E.D.N.C. Feb. 2, 2001). We further deny Wambach's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED